IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JIMMIE SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 13-900-SCW |
| ) | |
| RICK HARRINGTON, ) | |
| CHIEF ADMINISTRATIVE OFFICERS, ) | |
| BETSY SPILLER, COWAN, ) | |
| INTERNAL AFFAIRS, ) | |
| ADMINISTRATIVE REVIEW BOARD, ) | |
| S.A. GODINEZ, and TERRI ANDERSON, ) | |
| ) | |
| Defendant(s), ) | |

## JUDGMENT IN A CIVIL CASE

Defendants Chief Administrative Officers and Internal Affairs were dismissed with prejudice on October 22, 2013 by an Order entered by Chief Judge Michael J. Reagan (Doc. 18).

Defendant Administrative Review Board was dismissed on October 7, 2013 by the filing of the Complaint (Doc. 14).

Defendants Rick Harrington and S.A. Godinez were granted summary judgment on October 28, 2015 by an Order entered by Chief Judge Michael J. Reagan (Doc. 102).

**THEREFORE, IS ORDERED AND ADJUDGED** Judgment is entered in favor of **Defendants RICK HARRINGTON, CHIEF ADMINISTRATIVE OFFICERS, INTERNAL AFFAIRS, ADMINISTRATIVE REVIEW BOARD** and **S.A. GODINEZ** and against Plaintiff **JIMMIE SMITH**.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to Orders entered by United States Magistrate Judge Stephen C. Williams on May 19, 2016 (Doc.143) and October 21,

2016 (Doc. 162) the remaining claims in the above-captioned action are **DISMISSED** with prejudice.

The Plaintiff should take notice of the fact that he has 28 days from the date of this judgment for filing a motion for new trial or motion to amend or alter judgment under Rule 59(b) or (e) of the Federal Rules of Civil Procedure.  These deadlines for motions under Rule 59 cannot be extended by the Court.  The Plaintiff should also note that he has 30 days from the date of this judgment to file a notice of appeal.  This period can only be extended if excusable neglect or good cause is shown.

**Dated:**   October 16, 2017

**Justine Flanagan, Acting Clerk of Court**

**By: s//Angela Vehlewald**
**Deputy Clerk**

**Approved:** *s//Stephen C. Williams*
**STEPHEN C. WILLIAMS**
**UNITED STATES MAGISTRATE JUDGE**